# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**HARRY MICHAEL WRIGHT,**

        **Petitioner,**

**v.**                                  **CASE NO. 4:11-cv-4-RS-CAS**

**MICHAEL D. CREWS, Secretary,**
**Florida Department of Corrections,**

        **Respondent.**
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 39) and Petitioner's Objections (Doc. 40). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Petitioner's amended § 2254 petition (Doc. 7) is **DENIED**.

3. The Petitioner's motion for summary judgment (Doc. 33) is **DENIED**.

4. The certificate of appealability is **DENIED** because Petitioner did not make a substantial showing of the denial of a constitutional right.

5. The clerk is directed to close the file.

**ORDERED** on October 16, 2013.

                            /S/ Richard Smoak
                            **RICHARD SMOAK**
                            **UNITED STATES DISTRICT JUDGE**